RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

TIC: 1 HR 17 MIN

MAGISTRATE'S CRIMINAL MINUTES          FILED IN OPEN COURT
PRETRIAL PROCEEDINGS & MOTIONS    NOV 16 2004

MAGISTRATE JUDGE __BRILL__   LUTHER~~  ~~ Clerk    DATE: 11/12/04 @ 1:03
By: _____ Deputy Clerk       TAPE: 04-60 @ 495

CASE NO. 1:04CR249 CAP        DEPUTY CLERK: ABOURUS

AUSA: __AARON DANZIG__        DEFT: __GREGORY KAPORDELIS__
(✓)Present ( )Not Present     (✓)Present ( )Not Present

                              DEFT ATTY: __DON SAMUEL__
                              (✓)Present ( )Not Present

COURT REPORTER: ___∅___       Type: Retained   CJA   FDP
                              ( )First Appearance w/Atty

DISCOVERY STATUS (RE DEADLINE TO FILE SUPPRESSION MOTS.)
(✓) ~~PRETRIAL~~ CONFERENCE (✓) held ( ) NOT held

( ) MOTION/EVIDENTIARY HEARING ( ) held ( ) NOT held

DEFT TO REPORT STATUS EVERY 2 WEEKS
CONTINUANCES:

Pretrial Conference/Hearing reset to _____ at _____,
at the request of the ( ) Govt. ( ) Deft ( ) by Court direction.

Pretrial Conference/Hearing cont'd. to _____ at _____,
at the request of the ( ) Govt. ( ) Deft ( ) by Court direction.

Defendant's filing of pretrial motions extended to _____.

Government's response extended to _____.

Transcript due _____.


Motion Short Title                             Ruling


_____  ( )Gr ( )Dn ( )GI ( )Adv
( ) Oral Motion ( ) Written Motion ( ) filed/to be filed with clerk

DEFT TO PREPARE PROPOSED ORDER W/N 1 WEEK.
GOVT TO REPLY W/N 1 WEEK THEREAFTER

Term E interval(Y/N); Continue E interval(Y/N); Begin G interval(Y/N)
Suppl brief due _____; Govt response due _____; submit on _____

_____ SEE NEXT PAGE