ORIGINAL

FILED IN OPEN COURT
U.S.D.C. ATLANTA

DEC 07 2004

LUTHER D. THOMAS, CLERK
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

UNITED STATES OF AMERICA :
v. :
GREGORY C. KAPORDELIS :

CRIMINAL INDICTMENT

NO. 1:04-CR-249-CAP
(Superseding)

THE GRAND JURY CHARGES THAT:

COUNT ONE

Between in or about October 2003 and in or about December 2003, in the Northern District of Georgia and elsewhere, the defendant, GREGORY C. KAPORDELIS, a United States citizen, knowingly traveled in foreign commerce, for the purpose of engaging in illicit sexual conduct with a person under the age of 18 years, in violation of Title 18, United States Code, Section 2423(b).

COUNT TWO

Between in or about October 2003 and in or about November 15, 2003, in the Northern District of Georgia and elsewhere, the defendant, GREGORY C. KAPORDELIS, a United States citizen, traveled in foreign commerce and knowingly engaged in illicit sexual conduct

with a person, S.M.K., under the age of 18 years, in violation of Title 18, United States Code, Section 2423(c).

COUNT THREE

In or about October 2003, in the Northern District of Georgia and elsewhere, the defendant, GREGORY C. KAPORDELIS, a United States citizen, traveled in foreign commerce and knowingly engaged in illicit sexual conduct with a person, A.S., under the age of 18 years, in violation of Title 18, United States Code, Section 2423(c).

COUNT FOUR

Between in or about October 2003 and on or about November 13, 2003, in the Northern District of Georgia and elsewhere, the defendant, GREGORY C. KAPORDELIS, a United States citizen, traveled in foreign commerce and knowingly engaged in illicit sexual conduct with a person, A.V.Z., under the age of 18 years, in violation of Title 18, United States Code, Section 2423(c).

COUNT FIVE

Between in or about October 2003 and in or about December 2003, in the Northern District of Georgia and elsewhere, the defendant, GREGORY C. KAPORDELIS, a United States citizen, traveled in foreign commerce and knowingly engaged in illicit sexual conduct

with a person, G.C., under the age of 18 years, in violation of Title 18, United States Code, Section 2423(c).

COUNT SIX

On or about May 18, 2002, in the Northern District of Georgia, the defendant GREGORY KAPORDELIS, did use a person under the age of eighteen to engage in sexually explicit conduct, specifically, the lascivious exhibition of the genitals and the pubic area of said minor for the purpose of producing visual depictions of such conduct, specifically three digital photographs, by means of a Sony camera, said camera having been mailed, transported and shipped in interstate or foreign commerce, in violation of 18 United States Code, Section 2251(a).

COUNT SEVEN

In or around June 2002, the exact date being to this Grand Jury unknown, the defendant GREGORY KAPORDELIS, did use a person under the age of eighteen to engage in sexually explicit conduct, specifically, the lascivious exhibition of the genitals and the pubic area of said minor for the purpose of producing visual depictions of such conduct, specifically three digital photographs, such visual depictions having been transported from Greece to Gainesville, Georgia, in the Northern District of Georgia, all in violation of Title 18, United States Code, Section 2251(a).

COUNT EIGHT

Between a time unknown to the grand jury and on or about April 12, 2004, in the Northern District of Georgia, the defendant GREGORY KAPORDELIS knowingly received child pornography, that is, four digital photographs labeled "Folder5#636.jpg", "Folder5#642.jpg", "Folder5#631.jpg", and "Folder5#630.jpg", the production of which involved the use of minor and prepubescent children engaging in sexually explicit conduct, and which had been mailed and shipped and transported in interstate and foreign commerce by any means, including by computer connected to the Internet, in violation of Title 18 United States Code, Section 2252A(a)(2)(A).

SPECIAL FINDINGS

1. The Defendant possessed over 600 images of child pornography on his computers.

2. The victims in Counts Two, Three and Five were between 12-16 years of age.

3. The victim in Count Three was in the custody, care or supervisory control of the Defendant.

4. The pictures listed in Count Eight include material that portrays sadistic or masochistic conduct.

5. The Defendant engaged in a pattern of activity involving

the sexual abuse and exploitation of a minor.

6. The Defendant utilized his special skills as a physician in committing the crimes listed in Counts Three - Five.

A true BILL

FOREPERSON

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

AARON M. DANZIG
ASSISTANT UNITED STATES ATTORNEY
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404/581-6012
Georgia Bar No. 205151