IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
DEC 09 2004
LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

UNITED STATES OF AMERICA,   )
                            )
                            )
vs.                         )   CAUSE NUMBER: 1:04-CR-249
                            )
GREGORY C. KAPORDELIS,      )
                            )
        Defendant.          )

HEARING ON MOTION TO RECONSIDER BOND REVOCATION RULING
(TAPE RECORDING TRANSCRIPTION)

JULY 22, 2004

BEFORE THE HON. ALAN J. BAVERMAN

APPEARANCES:

ON BEHALF OF GOVERNMENT:   MS. E. VAUGHN DUNNIGAN

ON BEHALF OF DEFENDANT:   MR. DON SAMUEL

Reported by:
Martha J. Frutchey
U.S. District Reporter
Room 2314, U.S. Courthouse
75 Spring Street, SW
Atlanta, Georgia 30303-3361
(404) 215-1573