TIC: 59 MINS

**MAGISTRATE'S CRIMINAL MINUTES**     FILED IN OPEN COURT
**PRETRIAL PROCEEDINGS & MOTIONS**

MAGISTRATE JUDGE __BRILL__     DATE: __4/12/05 @ 9:41__

TAPES __05-07 @ 7008__
__05-08 @ 01__

CASE NO. __1:04 CR 249 CAP__     DEPUTY CLERK: __A BURNS__

AUSA: __AARON DANZIG__     DEFT: __GREGORY KAPORDELIS__
(✓)Present ( )Not Present     (✓)Present ( )Not Present

DEFT ATTY: __DON SAMUEL__
(✓)Present ( )Not Present
Type: Retained    CJA    FDP
( )First Appearance w/Atty

COURT REPORTER: __A. ASHLEY__

STATUS
(✓) PRETRIAL CONFERENCE (X) held ( ) NOT held

( ) MOTION/EVIDENTIARY HEARING ( ) held ( ) NOT held

CONTINUANCES:

Pretrial Conference/Hearing reset to _____ at _____,
at the request of the ( ) Govt. ( ) Deft ( ) by Court direction.

Pretrial Conference/Hearing cont'd. to _____ at _____,
at the request of the ( ) Govt. ( ) Deft ( ) by Court direction.

Defendant's filing of pretrial motions extended to _____.

Government's response extended to _____.

Transcript due _____.

Motion Short Title           Ruling

#26 #93 __M/SUPPRESS__ ( )Gr ( )Dn ( )GI ( )Adv
( ) Oral Motion ( ) Written Motion ( ) filed/to be filed with clerk
__EVIDENTIARY HEARING SET FOR 9:30 AM BEGINNING 7/5/05__

Term E interval(Y/N̄); Continue E interval(Ȳ/N); Begin G interval(Y/N̄)
Suppl brief due _____; Govt response due _____; submit on _____

_____ SEE NEXT PAGE

Motion Short Title                                          Ruling

# #100 M/COMPEL DISCOVERY ( )Gr ( )Dn (X)GI ( )Adv
( ) Oral Motion ( ) Written Motion ( ) filed/to be filed with clerk

AS STATED AND WITHIN THE TIME SET BY THE COURT

Term E interval(Y/N);  Continue E interval(Y/N);  Begin G interval(Y/N)
Suppl brief due _____; Govt response due _____;submit on _____

_____ ( )Gr ( )Dn ( )GI ( )Adv
( ) Oral Motion ( ) Written Motion ( ) filed/to be filed with clerk

Term E interval(Y/N);  Continue E interval(Y/N);  Begin G interval(Y/N)
Suppl brief due _____; Govt response due _____;submit on _____

_____ ( )Gr ( )Dn ( )GI ( )Adv
( ) Oral Motion ( ) Written Motion ( ) filed/to be filed with clerk

Term E interval(Y/N);  Continue E interval(Y/N);  Begin G interval(Y/N)
Suppl brief due _____; Govt response due _____;submit on _____

_____ ( )Gr ( )Dn ( )GI ( )Adv
( ) Oral Motion ( ) Written Motion ( ) filed/to be filed with clerk

Term E interval(Y/N);  Continue E interval(Y/N);  Begin G interval(Y/N)
Suppl brief due _____; Govt response due _____;submit on _____

_____ ( )Gr ( )Dn ( )GI ( )Adv
( ) Oral Motion ( ) Written Motion ( ) filed/to be filed with clerk

Term E interval(Y/N);  Continue E interval(Y/N);  Begin G interval(Y/N)
Suppl brief due _____; Govt response due _____;submit on _____