TlCr. 1 Hr 9 m

MAGISTRATE'S CRIMINAL MINUTES
PRETRIAL PROCEEDINGS & MOTIONS

MAGISTRATE JUDGE __BRILL__

FILED IN OPEN COURT

DATE: 9/21/05 @ 9:42
TAPE: 05-30 @ 3042

CASE NO. 1O4CR249CAP   DEPUTY CLERK: __ABurns__

AUSA: __A. Danzig, R McBurney__ DEFT: __Gregory Kapordelis__
(✓) Present ( ) Not Present           (✓) Present ( ) Not Present

                                 DEFT ATTY: __Donald Samuel__
                                 (✓) Present ( ) Not Present
COURT REPORTER: __0__            Type: Retained   CJA   FDP
                                 ( ) First Appearance w/Atty

(✓) PRETRIAL CONFERENCE (X) held ( ) NOT held

( ) MOTION/EVIDENTIARY HEARING ( ) held ( ) NOT held

CONTINUANCES:

Pretrial Conference/Hearing reset to _____ at _____,
at the request of the ( ) Govt. ( ) Deft ( ) by Court direction.

Pretrial Conference/Hearing cont'd. to _____ at _____,
at the request of the ( ) Govt. ( ) Deft ( ) by Court direction.

Defendant's filing of pretrial motions extended to _____.

Government's response extended to _____.

Transcript due _____.


Motion Short Title                                      Ruling

M/ __BILL OF PARTICULARS_____ ( )Gr ( )Dn ( )GI ( )Adv
   (✓) Oral Motion ( ) Written Motion ( ) filed/to be filed with clerk
   __GOVT TO MAKE IN CAMERA DISCLOSURE TO__
   __THE COURT__

Term E interval(Y/(N)); Continue E interval(Y)/N); Begin G interval(Y/(N))
Suppl brief due _____; Govt response due _____; submit on _____

Motion Short Title                                    Ruling

**#30** M/DISMISS _____ ( )Gr ( )Dn ( )GI ( )Adv
( ) Oral Motion. Written Motion: ( ) filed w/clerk,
( ) to be filed w/clerk.

Other:_____ MOOT _____

_____
Term E interval(Ⓨ/N); Cont E interval(Y/Ⓝ); Begin G interval(Y/Ⓝ)
   Suppl brief due _____; Govt response due _____;
   Clerk to submit on _____.

**#88** M/DISMISS _____ ( )Gr ( )Dn ( )GI ( )Adv
( ) Oral Motion. Written Motion: ( ) filed w/clerk,
( ) to be filed w/clerk.

Other:_____ MOOT _____

_____
Term E interval(Ⓨ/N); Cont E interval(Y/Ⓝ); Begin G interval(Y/Ⓝ)
   Suppl brief due _____; Govt response due _____;
   Clerk to submit on _____.

**#108** M/DISMISS _____ ( )Gr ( )Dn ( )GI ( )Adv
( ) Oral Motion. Written Motion: ( ) filed w/clerk,
( ) to be filed w/clerk.

Other:_____ MOOT _____

_____
Term E interval(Ⓨ/N); Cont E interval(Y/Ⓝ); Begin G interval(Y/Ⓝ)
   Suppl brief due _____; Govt response due _____;
   Clerk to submit on _____.

_____ ( )Gr ( )Dn ( )GI ( )Adv
( ) Oral Motion. Written Motion: ( ) filed w/clerk,
( ) to be filed w/clerk.

Other:_____

_____
Term E interval(Y/N); Cont E interval(Y/N); Begin G interval(Y/N)
   Suppl brief due _____; Govt response due _____;
   Clerk to submit on _____.

1:04 CR 249
Defendant / Case No.

WITNESSES:

DEFT'S EXHIBIT #1 TO THE EMERGENCY MOTION FOR HEARING (DOC 136) TENDERED.

Original Exhibits   (X) RETAINED by the Court   ( ) MARKED and RETURNED to Counsel