**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

JUL 1 8 2006

By: _____ ERK
Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL INDICTMENT |
| v. | : | |
| | : | NO. 1:04-CR-249-CAP |
| GREGORY C. KAPORDELIS | : | (Third Superseding) |

THE GRAND JURY CHARGES THAT:

### COUNT ONE

Between in or about October 2003 and in or about April 2004, in the Northern District of Georgia and elsewhere, the defendant, GREGORY C. KAPORDELIS, a United States citizen, knowingly traveled in foreign commerce for the purpose of engaging in illicit sexual conduct with a person under the age of eighteen, in violation of Title 18, United States Code, Section 2423(b).

### COUNT TWO

On or about June 28, 2001, the defendant, GREGORY C. KAPORDELIS, did use a person under the age of eighteen to engage in sexually explicit conduct, specifically, the lascivious exhibition of the genitals and the pubic area of said minor, for the purpose of producing visual depictions of such conduct, specifically digital photographs, such visual depictions having been transported from Greece to Georgia, specifically the Northern District of Georgia, all in violation of Title 18, United States Code, Section 2251(a).

## COUNT THREE

On or about May 18, 2002, in the Northern District of Georgia, the defendant, GREGORY C. KAPORDELIS, did use a person under the age of eighteen to engage in sexually explicit conduct, specifically, the lascivious exhibition of the genitals and the pubic area of said minor, for the purpose of producing visual depictions of such conduct, specifically digital photographs, by means of a Sony camera, said camera having been mailed, transported and shipped in interstate or foreign commerce, and said visual depictions having been transported from Georgia, specifically the Northern District of Georgia, to North Carolina, in violation of Title 18, United States Code, Section 2251(a).

## COUNT FOUR

On or about July 5, 2002, the defendant, GREGORY C. KAPORDELIS, did use a person under the age of eighteen to engage in sexually explicit conduct, specifically, the lascivious exhibition of the genitals and the pubic area of said minor, for the purpose of producing visual depictions of such conduct, specifically digital photographs, by means of a Sony camera, said camera having been mailed, transported and shipped in interstate or foreign commerce, and said visual depictions having been transported from South Carolina to Georgia, specifically the Northern District of Georgia, in violation of Title 18, United States Code, Section 2251(a).

2

## COUNT FIVE

Between on or about April 3, 2003, and on or about April 12, 2004, in the Northern District of Georgia, the defendant, GREGORY C. KAPORDELIS, using a Sony Vaio laptop computer connected to the Internet, knowingly received child pornography, that is, digital photographs and movies, the production of which involved the use of minor and prepubescent children engaging in sexually explicit conduct, said photographs and movies having been mailed and shipped and transported in interstate and foreign commerce by any means, in violation of Title 18, United States Code, Section 2252A(a)(2)(A).

## COUNT SIX

Between on or about March 4, 2002, and on or about April 12, 2004, in the Northern District of Georgia, the defendant, GREGORY C. KAPORDELIS, using a Hewlett-Packard desktop computer connected to the Internet, knowingly received child pornography, that is, digital photographs and movies, the production of which involved the use of minor and prepubescent children engaging in sexually explicit conduct, said photographs and movies having been mailed and shipped and transported in interstate and foreign commerce by any means, in violation of Title 18, United States Code, Section 2252A(a)(2)(A).

## COUNT SEVEN

On or about April 12, 2004, in the Northern District of

3

Georgia, the defendant, GREGORY C. KAPORDELIS, knowingly possessed material that contained images and movies of child pornography, the production of which involved the use of minor children engaging in sexually explicit conduct, said images and movies having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

A _____ BILL

_____
FOREPERSON

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

AARON M. DANZIG
ASSISTANT U.S. ATTORNEY
Georgia Bar No. 205151

600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404/581-6012

ROBERT C. McBURNEY
ASSISTANT U.S. ATTORNEY
Georgia Bar No. 481070