

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | CRIMINAL NO. |
| v. | ) | |
| | ) | 1:04-CR-249 |
| | ) | |
| GREGORY KAPORDELIS, | ) | |
| | ) | |
| Defendant. | ) | |

## AFFIDAVIT OF EVA RACANSKA

1.

My name is Eva Racanska.  I am a physician currently participating in an Ob/Gyn residency in Brno, Czech Republic.  I am writing this affidavit because of my direct knowledge as it relates to GREG KAPORDELIS (called Greg in this document) in the following circumstances:

- His efforts to adopt a Russian orphan named Alexander Vadimovich Sibiryakov, born 13 February 1989 and my communication or interactions relating to this.
- His interaction with a 12 year old named Sergey on November 14, 2003 while in my company in St. Petersburg, Russia.
- His relationship with me and my family personally.
- My direct observations of Greg as it concerns others while in my presence.
- My direct knowledge of conversations with other people concerning Greg.

2.

I am aware that Greg is facing criminal charges for offenses related to allegations of child molestation.

3.

I have known Greg for approximately 5 years. We met in Gainesville, Georgia, Greg's home city, when I was asked to provide translation services for a patient named Jan Los who was from the Czech Republic. Mr. Los was having a tumor removed from his neck. After this professional interaction, Greg and I became close personal friends and he would often visit me and my family when he came to the Czech Republic. Greg started renting an apartment in Prague and then visited us at least every couple of months. My family grew close to Greg since 1999 and we always welcomed his visits.

4.

I made several trips to visit Greg and other friends in the United States. My entire family, including parents, grandparents and me, visited Greg in May of 2003. My brother, Vasek, has visited Greg as many as 5 or 6 times and has stayed at his home continuously for as long as two and a half months. Vasek is now 23 years old, just graduated with an engineering degree from a technical college.

5.

Our entire family has observed directly that Greg's life has always been filled with many wonderful people, old, young and in-between. Greg was an honorable, gracious and compassionate host whenever we were around him. It was obvious that he enjoyed making other people feel welcomed around him. "Gregarious" is a word that describes Greg pretty well as he never met a stranger! It didn't matter whether they were poor or rich, arrogant or humble, skinny or fat, young or old, Greg would find a way to find common ground for conversation and interaction. I remember a toast he made in South Africa while eating with my family and other friends. He lifted his glass and said, "This is a special time where the West meets the East in the South". Everyone laughed and appreciated the underlying theme

which was that Greg was enlarging everyone's circle of good friends by warmly introducing people to people.

6.

Greg's home was never locked unless he was out of town and even then he would routinely let doctors stay there while they covered his medical practice in his absence. He never was possessive of material things although he seemed to possess a lot of stuff! Greg loves to cook and the only thing he loves more is to have other people cook for him! Dinners at his home typically consisted of 10 – 15 people with enough food to feed double that number. Greg always said that it was better to have too much than not enough.

7.

It seemed obvious to me that Greg wanted a family of his own. He was surrounded by many families that were like his own but we sensed that Greg had a great deal to offer and just needed to settle down and take root. When he told us of having met Alex in Russia, we all felt so happy for Greg. He was finally making the decision to settle down because he opened his eyes at just the right time.

8.

I first learned of Alex in an e-mail that Greg sent from St. Petersburg, Russia in October, 2003. Greg was there for a few days and was then coming to see me and our friends in Prague after his tour of churches and architecture. In the e-mail, Greg wrote that he met Alex (he called him by his nickname Sasha in the e-mail) on the street just outside of the hotel where he was staying. Alex was filthy dirty and was wearing size 10 clothes even though he was 14 or 15 years old. He had not eaten for 3 days and was cold. Somehow, Greg and Alex connected; Greg said it had something to do with Alex's blank stare when he looked up at him from behind a box he had created for shelter. Greg also was warmed by the fact that Alex was not begging for money like most people on the street.

3

9.

Greg decided to try and find a home for Alex and was looking on the Internet for any American family or organization in Russia that could take him in. At first, Greg wanted to just financially support the family or organization that would give Alex an opportunity to grow strong and healthy. The idea of adoption came a little later; I think the recommendation came from Alla, a tutor with a local street ministry called Project Hope, who Greg had found to arrange care for Alex.

10.

When Greg arrived in the Czech Republic from Russia, my entire immediate family and other friends of ours from Prague went to celebrate a birthday for his Godson, Vojta Padrlik at a local restaurant. At the celebration, Greg showed us photographs of his trip to Russia and then showed us pictures of Alex and him in St. Petersburg. Greg wanted our honest opinion regarding a possible adoption of Alex. Simply, there was overwhelming enthusiasm from my parents, my brother, Vojta and his mother and the other people eating with us. While I was enthusiastic, I insisted on meeting Alex before I would give my unconditional support. The idea of a street kid scared me a little. I knew that Greg was ready for the huge responsibility of a son but I didn't know if this street child was right for Greg. I had to see him and get to know him for myself. I made arrangements to meet Greg in Russia on his second trip planned for November.

11.

I arrived in St. Petersburg on Friday, November 14, 2003. Greg had a taxi pick me up at the airport and I went directly to Dom Miloserdia (the orphanage where Alex was staying) and met Greg, the Director and Assistant Director of the orphanage and the translator that Greg had hired, Alla Bazenkova (Alla is now married and named O'Regan. She lives in Australia). We all looked at pictures that Greg brought from the States and we discussed Alex, his childhood history and Greg's questions about adoption.

4

12.

We were told that Alex had actually been at Dom Miloserdia when he was a small child (7 or 8 years old) but was placed into a foster family after a short time. They told us that this family was too strict and fanatically religious and it was not the best placement for Alex. Apparently, that was why he ran away so many times. The Assistant Director said they were going to try and take away the parents' foster rights because of the mistreatment they gave Alex.

13.

Alex came into the room moments after I arrived. It was awe-inspiring to see Alex run over to Greg and give him an almost strangling hug with an ear to ear smile on his face. After translated greetings, each to the other, Greg introduced Alex to me and I was then the victim of the death hug as well. For the next 20 minutes or so, Greg and I conversed with Alex, with Alla's help of course. Greg then presented gifts to the Director which included about 40 pairs of pants, toothbrushes, soaps, etc. At around 8:00 p.m., Alla, Greg, Alex and I left for dinner. We were supposed to have Alex back by 10:00 p.m. so there was not much time.

14.

We went to the restaurant at the Hotel Grand Europe that served Italian food. There was a guitar player and violinist performing peacefully while we all focused in on Alex and he focused in on us. Alex was well behaved and it seemed as though he was already part of Greg's life. My sense was that Alex really liked Greg a great deal and felt comfortable and safe around him. It was as if they had known each other for months! There was absolutely no tension or distance in their conversation. Greg asked Alex what name he wanted to be called from now on because he had three, Sasha, Alex or Alexander. Greg did not really know which one Alex liked. Alex chose "ALEX" with enthusiasm because as he said, "it will be easier for kids in America". Alex then corrected me every time I accidentally called him Sasha, the name that stuck in my head since Greg's e-mail.

15.

Alex asked Greg what the chances were that the adoption would work out. Greg told him that there was a 90% chance that everything would be OK but that there was a 10% chance that something significant would go wrong. Alex said that he understood but that he knew it would all be OK. Greg asked Alex what he thought about him being raised by a single parent rather than both a mother and a father. His reply was that he would be happy with a single parent because he was an older boy, "Younger kids needed a mother". Greg then explained to Alex the difference between foster parenting and adoption. I could sense that Greg wanted Alex to appreciate the seriousness and permanence of an adoption. Alex seemed to take it all in and then said, proudly, that his name would be Alexander Kapordelis. I remember one funny moment when Greg told Alex that he had many cows that needed to be milked in Gainesville and that he couldn't wait for him to come to America to help. You see, Greg had learned from the Director of Dom Miloserdia that Alex was forced to work every day on his foster parents' farm milking the cows they had. Alex obviously knew that it was a joke because he started laughing, albeit nervously.

16.

After dinner, Alla drove us back to the orphanage where we dropped Alex off. She then took us back to town where Greg and I walked for a bit. On the way and next door to the Hotel Grand Europe, we noticed that there were many people sitting or standing outside the metro station. There were adults and children alike, either doing nothing, drinking beer or sniffing glue. Greg had seen this poverty on his first trip and directed me to the spot that Alex was found hiding. I could not believe the conditions that I saw. Greg's words could not prepare me for what I witnessed. There were kids as young as seven years old who appeared homeless and were sniffing glue from cloths held in their beef red hands. I was sad.

17.

As we were walking to the side of the block where the Hotel Grand Europe entrance was, a young boy (whom we found out later was named Sergey) came up to us and asked for money. The boy was filthy and smelled of glue or solvents. Even his hair smelled this way. Greg and I said no because as we knew that he would only use the money to buy more glue.

When we arrived at the Hotel door, Sergey started asking for food rather than money by putting his hand to his mouth as if he were eating with a spoon or fork.  Greg said that we should buy the boy a burger and so we went inside to feed him.

18.

When we went inside the Hotel, no one questioned the fact that we were bringing in this dirty street child that smelled of glue.  We passed by many big security guards but no one seemed even the least bit interested in our very noticeable guest.  Not one question was asked of us and, candidly, we could not imagine that it was illegal to feed a hungry child.  When we entered the room, which was a large suite on the 2nd floor, Greg went to the phone and ordered room service and then we showed Sergey the sink so he could wash his hands.  It took Sergey about 3 washes before he was clean enough based on our standards, which were pretty high for finger food. I was trying to have a conversation with Sergey but all I could find out was his name, that he had a mother who worked all the time, that he stayed on the streets a lot and did not go to school and that he sniffed glue often.

19.

About twenty minutes after we had entered the room, I left the room for 5-6 minutes to check my e-mail.  When I returned to the room, Sergey was calm, peaceful and sociable, just as he was when I left.  I did not detect anything unusual or different about Sergey when I returned to the room.  He was not alarmed, he was not scared, not acting strange and his cloths were not messed up.  A few minutes later, Sergey's dinner arrived and he sat at the end of a room service rolling table and then started eating.  While Sergey ate, Greg and I watched TV.  After eating dinner, Sergey used the restroom and we then all walked out of the room just as casually and happily as we had entered it.  Greg took a photograph of me with Sergey just as we were leaving the Hotel room.  We were in the room for a total time of about one hour, perhaps a little more.  At the end of the meal, Sergey packed some of his leftover food in a cloth napkin to take with him.

20.

When we arrived in the lobby of the Hotel, just as we were going down the stairs to the front doors, we were approached by 3 or 4 big men. They asked what we were doing with this boy and they said that we did not have a right to have this boy in our room.  Greg told them that this boy was a street child, a glue-sniffer, and that we just fed him a cheeseburger from room service because he was begging outside the Hotel door.  They then grabbed Sergey and took him away.  Greg and I were waiting in the lobby for a while and then I went to the room while Greg continued to wait.

21.

About an hour later, Greg came to the room and said that he saw Sergey in a conference room in the basement of the Hotel.  He said that he also saw three or four policemen from the St. Petersburg Police Department and about the same number of Hotel Security staff yelling something in Russian to Sergey with Sergey sitting at the end of a table.  Greg told me that he thought that maybe kids were not allowed to beg for food outside the Hotel door or something similar.  Greg told me that he had also met Sergey's mother in the basement and told her about Alla and her street ministry in Russia.  He said he told her that Project Hope could help Sergey stop sniffing glue by giving alternatives for him while she worked.  Greg then called Alla to tell her what had happened with Sergey and about Sergey's mother.  I don't remember what Alla and Greg talked about.

22.

In the morning, of the next day, November 15, 2003, Alla called from the lobby and spoke with Greg while I was waking up.  After their conversation, Greg told me that the Hotel security stopped Alla on her way in and told her that Greg had molested Sergey and that there was a police report that confirmed this and that "it had to be fixed."  Greg said that Alla was going to talk with Sergey's mother to find out the truth about what happened and then she would come to the room and tell us.

23.

When Alla arrived at the room at around 10:30 a.m., she looked emotionally spent and a little stunned. She repeated to me what she had told Greg on the phone - that the Hotel Security Chief told her that Greg had molested a 12 year old boy the night before and that there was a police report which confirmed the molestation. She said that the Security Chief insisted that we find a way to fix the situation. She then told us both about her strange conversation with Sergey's mother. Alla said that Sergey's mother told Alla that it was a very unusual interrogation of Sergey with the police and Hotel Security Service in the basement. The mother witnessed them yelling at Sergey and telling him that he was "molested by the American" while all along she heard Sergey tell them over and over again that all he did was eat food.

24.

At first, we were all confused about the reports because we knew that there was no molestation and could not understand why someone would say that there was. Ultimately, we ended up with only one possible explanation for this crazy situation, "the Hotel security staff was trying to fabricate the molestation in an effort to get money or something from Greg."

25.

Greg called the front desk and demanded a meeting with the General Manager as soon as possible. Since it was a Saturday they were not available immediately but they could meet with Alla and Greg on Sunday afternoon (I was not going to be there because I was leaving for the Czech Republic on Sunday). Later that morning, Greg, Alla and I went to the orphanage and were greeted by one of the adult group leaders that cared for Alex; her name was Svetlana. She served us tea and we met some of the other children that lived there. Then we took Alex out for a late breakfast followed by a tour of a wax museum, a science exhibit and the Church on Spilled Blood. Following this, we went to an amusement park where Alex and I rode the Scrambler. Later that evening, we bought Alex a pair of jeans and a sweater and then ate dinner at a local café on Nevski Prospect. At the end of our exciting yet tiring day, we returned Alex to Dom Miloserdia and left him there. Greg gave Alex his video camera and digital camera for the evening because Alex begged him for this treat all day long.

26.

Sunday, November 16th. In the morning, Alla brought me a scarf and a dress to wear in church. We then drove to Dom Miloserdia which is also a Russian Orthodox Church and attended service with Alex and many other kids and caretakers from the orphanage. You could see that the adults at the orphanage really liked Greg and were grateful for his willingness to find a home for Alex! Alex and Greg took communion together and I could sense the father/son relationship clearly. We then visited the orphanage itself and went on a tour of the facility. I saw Alex's room and then we met many of the other orphans that lived there.

27.

I left to return to Czech Republic later that day. A couple of days later, Greg told me about the meeting he and Alla had with the General Managers of the Hotel Grand Europe. He said that he and Alla were both convinced that the Sergey issue was a set-up by the security staff given that the Hotel managers said something about 'Old Russia being a force that had to be dealt with because they had been there for years and were not going away'. The idea that the mafia or some other element of corruption was trying to extort money from Greg was not a strange concept to me or my father, given our knowledge of Eastern Europe in general. We warned Greg to stay away from that Hotel and those security guards because we sensed danger. Unfortunately, Greg wrote a letter to the Hotel a copy of which he sent to me as an e-mail attachment. This letter worried me because it was aggressive, demanding and might be considered threatening to a corrupt group of people. I was concerned that they might seek revenge upon Greg somehow.

28.

Greg wrote me a couple of months later that his tires were slashed while he was eating next door to the Hotel Grand Europe. Greg thought it was probably just a robbery attempt but fortunately he had noticed 4 men that were together when he drove to the restaurant and separate around his car when he was leaving. This made him avoid going to the car until he had an escort. When he noticed the tires, he left the car and took a taxi home. I think he was very lucky that night!

29.

I have not spoken to Greg since early June, 2004 but I am convinced that he did not molest Sergey as he is accused.

FURTHER AFFIANT SAYETH NOT.

THIS, THE _____ DAY OF SEPTEMBER, 2004.

_____
EVA RACANSKA

NOTARY SEAL

**Ověření-legalizace**

Běžné číslo ověřovací knihy O 4553/2004
Ověřuji, že *EVA RAČANSKA*,
*r.č. F9 53 271 3955,*
*BRNO, POD VAŠKEM 269/3*
Jehož totožnost byla prokázána platným úředním průkazem, tuto listinu přede mnou vlastnoručně podepsal.
V Brně dne   **2 7 -10- 2004**



JUDr. Danuše MOTÁČKOVÁ
notářka