# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:04-cr-00249-CAP-GGB
### USA v. Kapordelis
### Honorable Charles A. Pannell, Jr.

Minute Sheet for proceedings held In Chambers on 08/8/2007.

TIME COURT COMMENCED: 9:30 A.M.
TIME COURT CONCLUDED: 10:45 A.M.     DEPUTY CLERK: Y. Martin
TIME IN COURT: 1:15

| | |
|---|---|
| DEFENDANT(S): | [1]Gregory C. Kapordelis Present at proceedings |
| ATTORNEY(S) PRESENT: | Aaron Danzig representing USA<br>Robert McBurney representing USA<br>Donald Samuel representing Gregory C. Kapordelis |
| PROCEEDING CATEGORY: | Status Conference; |
| MOTIONS RULED ON: | DFT#1-[468]Motion for Extension of Time GRANTED |
| MINUTE TEXT: | Conference held re: Sentencing hearing. Sentencing will be continued and re-scheduled for a date in September. Court directed that the PSI be divided into two portions. The Russian counts to be separated out and referred to as a supplement to the PSR. |
| HEARING STATUS: | Hearing Concluded |