# Garland, Samuel & Loeb, P.C.
TRIAL ATTORNEYS

3151 Maple Drive, N.E.
Atlanta, Georgia 30305
Telephone (404) 262-2225
Facsimile (404) 365-5041
www.gsllaw.com

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

AUG 2 4 2007

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

Edward T. M. Garland
Donald F. Samuel
Robin N. Loeb
David E. Tuszynski
Anne H. Coolidge-Kaplan
Manubir S. Arora
W. Charles Lea
John A. Garland

Reuben A. Garland (1903-1982)

July 3, 2007

**VIA FACSIMILE – 404-331-3139**

U.S. Marshall's Office
United States District Court
Room 1669
75 Spring Street, SW
Atlanta, Georgia  30303

    Re:   **U.S. v. Gregory Kapordelis**
           **Case No. 1:04CR249**

Dear US Marshal:

    I am writing to request that Dr. Greg Kapordelis *not* be moved to USP either pending his sentencing or while awaiting designation. Dr. Kapordelis was previously moved to USP (last summer) and had his life threatened by a guard. At the time, I was greatly concerned about the seriousness of this threat and a great deal of time and energy was devoted to getting him transferred back to Union City. Because of the significant threat to his safety at USP, I urgently request that he be permitted to remain in Union City and if there is some reason why that is not possible, I would request that he be sent to Atlanta Pretrial pending his sentencing and designation. Thank you for your attention to this matter.

                            Sincerely,

                            Donald F. Samuel

cc:  Judge Charles A. Pannell, Jr.