IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

NOV 14 2007

JAMES N. HATTEN, CLERK
By: /s/ J. White
Deputy Clerk

UNITED STATES OF AMERICA,   )
                            )
vs.                         )   1:04-CR-249 CAP
                            )
GREGORY C. KAPORDELIS,      )
                            )
        Defendant.          )

TRIAL TRANSCRIPT - VOLUME I

May 7 and 8, 2007

BEFORE THE HON. CHARLES A. PANNELL

APPEARANCES:

FOR THE GOVERNMENT:   Mr. Aaron M. Danzig
                      Mr. Robert C. McBurney
                      Ms. Alexandra Gelber

FOR THE DEFENDANT:    Mr. Donald F. Samuel

Reported by:
Martha J. Frutchey
U.S. District Reporter
Room 2314, United States Courthouse
75 Spring Street, SW
Atlanta, Georgia  30303
(404) 215-1573