IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

NOV 14 2007

JAMES N. HATTEN, CLERK
By: /s/ J White, Deputy Clerk

UNITED STATES OF AMERICA,       )
                                )
vs.                             )   1:04-CR-249 CAP
                                )
GREGORY C. KAPORDELIS,          )
                                )
        Defendant.              )


TRIAL TRANSCRIPT - VOLUME II

May 9, 2007

BEFORE THE HON. CHARLES A. PANNELL


APPEARANCES:

FOR THE GOVERNMENT:     Mr. Aaron M. Danzig
                        Mr. Robert C. McBurney
                        Ms. Alexandra Gelber

FOR THE DEFENDANT:      Mr. Donald F. Samuel


Reported by:
Martha J. Frutchey
U.S. District Reporter
Room 2314, United States Courthouse
75 Spring Street, SW
Atlanta, Georgia  30303
(404) 215-1573