

**Mary Marshall/CA11/11/USCOURTS**
04/22/2008 10:56 AM

To: Precious McClam/GAND/11/USCOURTS@USCOURTS
cc: Denza Bankhead/GAND/11/USCOURTS@USCOURTS, Brenda Wiegmann/CA11/11/USCOURTS@USCOURTS
bcc:
Subject: 07-14499-EE (DC: 1:04-00249 CR CAP 1 1)

CA11# 07-14499-EE
USA v. Gregory C. Kapordelis
NGA: 1:04-00249 CR CAP 1 1
---------------------------------------

ROA/COR request

Thanks